UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND

| | |
|---|---|
| IN RE: ) | |
| CAMPBELL, CRAIG ALAN ) | Case No. 98-12581-WIL |
| ) | |
| ) | Chapter 7 |
| Debtor(s). ) | |
| ) | |

**TRUSTEE'S FINAL REPORT AND PROPOSED DISTRIBUTION**

    CHERYL E. ROSE, TRUSTEE of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

    Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: <u>January 7, 2009</u>　　　　　　　　　　<u>/s/ Cheryl E. Rose</u>
　　　　　　　　　　　　　　　　　　　　　　　CHERYL E. ROSE, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| CAMPBELL, CRAIG ALAN | * | Case No. 98-12581-WIL |
| | * | |
| | * | Chapter 7 |
| Debtor(s). | * | |
| | * | |

**TRUSTEE'S FINAL REPORT AND
PROPOSED DISTRIBUTION TO CREDITORS**

The Chapter 7 petition commencing this case was filed on October 23, 2007.

The trustee certifies that the balance of the estate accounts are as follows:

| Bank Name | Account Number | Account Balance |
|---|---|---|
| BANK OF AMERICA | 4429416394 | 105,557.71 |

This balance includes interest earned through the date of preparation of this Final Report. As of the filing of this Final Report, all monies remain in an interest bearing account. (Attached hereto are bank statements and cancelled checks to date from all estate accounts.)

  All property of the estate, except that claimed exempt by the debtor(s), (without objection, or determined by the Court as exempt) has been inventoried, collected, and liquidated. (See Form I, which contains an inventory of the estate.) Any property not heretofore abandoned is now abandoned by the trustee and is scheduled on the attached Application to Abandon Property.

  The trustee has examined the proofs of claim and objected to the allowance of any claim that is improper. All objections to claims of creditors made by the trustee have been either heard and determined by the Court. (See attachment)

  The trustee's Application for Compensation and Reimbursement of Expenses which shows the computation of such compensation is attached. Applications for Approval of Compensation and Expenses of Professional Persons have been filed with the Court and the Office of the United States Trustee.

  Having administered the debtor(s)' estate as herein before stated, the trustee reports to the Court as follows:

| | | | |
|---|---|---|---|
| SUMMARY OF ACCOUNT AS OF | | | January 7, 2009 |
| 1. | Total funds/receipts  (See Form 2) | | $154,209.71 |
| 2. | Less actual disbursements to date | | $48,652.00 |
| | a. | Separately show amount to be paid debtor(s) | $27,118.23 |
| 3. | Amount now available for distribution | | $105,557.71 |
| 4. | Proposed Disbursements | | |
| | a. | For secured claims | $0.00 |
| | b. | For administrative expenses | |
| | | (1)   Trustee's fee | $9,604.57 |
| | | (2)   Trustee's expenses | $184.18 |
| | | (3)   Attorney for Trustee, Cheryl E. Rose, Esq. | $3,239.00 |
| | | (4)   Accountant for Trustee, James H. Brandon, CPA | $383.70 |
| | c. | For administrative expenses of prior chapter 13 | $0.00 |
| | d. | For priority claims | $0.00 |
| | e. | For unsecured claims, including interest | $65,028.03 |
| | f. | Other:   (list) | $0.00 |

The proposed amounts will be increased to reflect additional interest earned until the date of distribution.

The undersigned trustee of the estate of the above-named Debtor(s) certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the Final Report and Proposed Distribution be accepted.

Dated: <u>January 7, 2009</u>     /s/ Cheryl E. Rose
                                  CHERYL E. ROSE, Trustee
                                  12154 DARNESTOWN ROAD
                                  BOX 623
                                  GAITHERSBURG, MD  20878

# TRUSTEE'S PROPOSED DISTRIBUTION
(List Each Disbursement and Amount)

**CASE NAME: CAMPBELL, CRAIG ALAN**
**CASE NO.: 98-12581-WIL**

TOTAL FUNDS AVAILABLE FOR DISTRIBUTION $105,557.71

1. SECURED CLAIMS: (Itemize)

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

2. ADMINISTRATIVE EXPENSES (507(a) (1))

Specifically Listing:

| | |
|---|---:|
| Trustee - Compensation | 9,604.57 |
| Trustee - Expense | 184.18 |
| Attorney for Trustee - Compensation | 3,239.00 |
| Attorney for Trustee - Expense | 0.00 |

Other Professionals

| | |
|---|---:|
| JAMES H. BRANDON, CPA | 344.50 |
|     Accountant for Trustee Fees (Other Firm) | |
| JAMES H. BRANDON, CPA | 39.20 |
|     Accountant for Trustee Expenses (Other Firm) | |
| TOTAL | 13,411.45 |

3. ADMINISTRATIVE EXPENSES INCURRED IN PREVIOUS CHAPTERS PRIOR TO CONVERSION (726):

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

4. PRIORITY CLAIMS (507(a)(1)) DOMESTIC SUPPORT OBLIGATIONS:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

5. PRIORITY CLAIMS (507(a)(3)) UNSECURED CLAIMS ALLOWED UNDER 502(f) to 507(a)(3):

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

6. PRIORITY CLAIMS (507(a)(4) WAGES, ETC. AND 507(a)(5)) CONTRIBUTIONS TO EMPLOYEE FUNDS UP TO 10,000.00:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

7. PRIORITY CLAIMS (507(a)(6)) ENGAGES IN PRODUCTION OF GRAIN OR A UNITED STATES FISHERMAN UP TO 4,925.00:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

8. PRIORITY CLAIMS (507(a)(7)) CONSUMER DEPOSIT, ETC. AND PURCHASE OF SERVICES NOT PROVIDED UP TO 2225.00:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

9. PRIORITY CLAIMS 724(b) TAX LIENS

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

10. PRIORITY CLAIMS (507(a)(8)) TAX CLAIMS EXCLUDING FINES AND PENALTIES

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|
| | None | ********** | ********** | ********** |

11. PRIORITY CLAIMS (507(a)(9)) CAPITAL COMMITMENTS TO FDIC, et al.

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---|---|---|

| | | | | |
|---|---|---:|---:|---:|
| | None | ********** | ********** | ********** |

12. PRIORITY CLAIMS (507(a)(10)) DEATH AND PERSONAL INJURY CLAIMS FOR DUI:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---:|---:|---:|
| | None | ********** | ********** | ********** |

13. UNSECURED CLAIMS:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---:|---:|---:|
| 01 | GOTT COMPANY | 14,636.88 | 14,636.88 | 14,636.88 |
| 02 | CHOICE VISA | 5,540.00 | 5,540.00 | 5,540.00 |
| 03 | DISCOVER CARD | 2,664.00 | 2,664.00 | 2,664.00 |
| 04 | NATIONSBANK | 1,569.00 | 1,569.00 | 1,569.00 |
| 05 | CIRCUIT CITY STORE | 859.00 | 859.00 | 859.00 |
| 06 | GEORGE HERATH | 19,000.00 | 19,000.00 | 19,000.00 |
| 07 | CENTURY DISTRIBUTORS | 2,148.00 | 2,148.00 | 2,148.00 |
| 08 | F.A. DAVIS & SONS | 8,500.00 | 8,500.00 | 8,500.00 |
| 09 | SOUTHEAST LEASING & EQUIPMENT | 7,000.00 | 7,000.00 | 7,000.00 |
| | Subtotal | 61,916.88 | 61,916.88 | 61,916.88 |

14. UNSECURED LATE CLAIMS:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---:|---:|---:|
| | None | ********** | ********** | ********** |

15. FINE, PENALTY, FORFEITURE OR PUNITIVE DAMAGES:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---:|---:|---:|
| | None | ********** | ********** | ********** |

16. INTEREST ON CLAIMS:

| NO. OF CLAIM | NAME OF CLAIMANT | CLAIMED AMOUNT | ALLOWED AMOUNT | AMOUNT TO BE PAID |
|---|---|---:|---:|---:|
| 01 | GOTT COMPANY | 14,636.88 | 14,636.88 | 735.46 |
| 02 | CHOICE VISA | 5,540.00 | 5,540.00 | 278.37 |
| 03 | DISCOVER CARD | 2,664.00 | 2,664.00 | 133.86 |
| 04 | NATIONSBANK | 1,569.00 | 1,569.00 | 78.84 |
| 05 | CIRCUIT CITY STORE | 859.00 | 859.00 | 43.16 |
| 06 | GEORGE HERATH | 19,000.00 | 19,000.00 | 954.70 |

| | | | | |
|---|---|---:|---:|---:|
| 07 | CENTURY DISTRIBUTORS | 2,148.00 | 2,148.00 | 107.93 |
| 08 | F.A. DAVIS & SONS | 8,500.00 | 8,500.00 | 427.10 |
| 09 | SOUTHEAST LEASING & EQUIPMENT | 7,000.00 | 7,000.00 | 351.73 |
| | Subtotal | 61,916.88 | 61,916.88 | 3,111.15 |
| 17. | SURPLUS BALANCE TO DEBTOR: | | | 27,118.23 |

BALANCE ON HAND (should be -0-)
NOTE: ACTUAL DISTRIBUTION IS DEPENDENT UPON THE COURT'S RULINGS ON ADMINISTRATIVE EXPENSES INCLUDING COURT COSTS ALLOWED, CONTENT OF CLAIMS AND/OR OBJECTIONS MADE TO THIS PROPOSED DISTRIBUTION.

UNITED STATES BANKRUPTCY COURT
FOR THE MARYLAND

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMPBELL, CRAIG ALAN | ) | Case No. 98-12581-WIL |
| | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |
| | ) | |

CERTIFICATION BY TRUSTEE
OF CLAIMS REVIEW

I hereby certify that I have reviewed and properly disposed of all claims in the above referenced case.

Dated: January 7, 2009          /s/ Cheryl E. Rose
                                CHERYL E. ROSE, TRUSTEE

ANALYSIS OF CLAIMS REGISTER

CASE NO:            98-12581-WIL
CASE NAME:          CAMPBELL, CRAIG ALAN
CLAIMS BAR DATE:    06/04/08
CLAIMS REVIEWED BY: CHERYL E. ROSE, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | CHERYL E. ROSE<br>12154 DARNESTOWN ROAD<br>BOX 623<br>GAITHERSBURG, MD 20878 | Administrative | | 0.00 | 9,604.57 | 9,604.57 |
| | CHERYL E. ROSE<br>12154 DARNESTOWN ROAD<br>BOX 623<br>GAITHERSBURG, MD 20878 | Administrative | | 0.00 | 184.18 | 184.18 |
| 001<br>3110-00 | CHERYL E. ROSE, ESQ.<br>ATTORNEY FOR TRUSTEE<br>12154 DARNESTOWN ROAD, BOX 623<br>GAITHERSBURG, MD 20878 | Administrative | | 0.00 | 3,239.00 | 3,239.00 |
| 001<br>3420-00 | JAMES H. BRANDON, CPA<br>16905 GERMANTOWN ROAD<br>GERMANTOWN, MD 20874 | Administrative | | 0.00 | 383.70 | 383.70 |
| 015<br>8200-00 | CRAIG ALAN CAMPBELL<br>5450 Hardesty Road<br>Sunderland, MD 20689 | Administrative | | 0.00 | 0.00 | 27,118.23 |
| | | Subtotal for Class Administrative | | 0.00 | 13,411.45 | 40,529.68 |
| 01<br>070<br>7100-00 | Gott Company<br>PO Box 540<br>Prince Frederick, MD 20670 | Unsecured | | 7,425.00 | 14,636.88 | 14,636.88 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 02 070 7100-00 | Choice Visa P.O. Box 6248 Sioux Falls, SD 57117 | Unsecured | | 5,540.00 | 5,540.00 | 5,540.00 |
| 03 070 7100-00 | Discover Card PO Box 6014 Dover, DE 19903-6014 | Unsecured | | 2,664.00 | 2,664.00 | 2,664.00 |
| 04 070 7100-00 | NationsBank PO Box 58350 Louisville, KY 40285-5350 | Unsecured | | 1,569.00 | 1,569.00 | 1,569.00 |
| 05 070 7100-00 | Circuit City Store PO Box 42370 Richmond, VA 23242 | Unsecured | | 859.00 | 859.00 | 859.00 |
| 06 070 7100-00 | George Herath 4466 Bellwood Road Pomfreit, MD 20675-3122 | Unsecured | | 19,000.00 | 19,000.00 | 19,000.00 |
| 07 070 7100-00 | Century Distributors 15710 Crabbs Branch Way Rockville, MD 20855-2620 | Unsecured | | 2,148.00 | 2,148.00 | 2,148.00 |
| 08 070 7100-00 | F.A. Davis & Sons 6610 Cabot Drive Baltimore, MD 21226 | Unsecured | | 8,500.00 | 8,500.00 | 8,500.00 |
| 09 070 7100-00 | Southeast Leasing & Equipment PO Box 57203 Jacksonville, FL 32241-7203 | Unsecured | | 7,000.00 | 7,000.00 | 7,000.00 |
| | | Subtotal for Class Unsecured | | 54,705.00 | 61,916.88 | 61,916.88 |
| | | Case Totals: | | 54,705.00 | 75,328.33 | 102,446.56 |

Code #: Trustee's Claim Number, Priority Code, Claim Type