Matthew D. Herath
9883 SE Osprey Pointe Dr.
Hobe Sound. FL 33455

Thursday, May 6, 2010

US Bankruptcy Court
District of Maryland

To Whom It May Concern:

My name is Matthew Daniel Herath and I am writing regarding unclaimed funds owed to my late father's, (George Herath) estate. Debtor is Craig Alan Campbell and the case # 98-12581.

My father passed away on 6-13-03 and attempts to get the funds to him have recently failed.

I believe I have completed the necessary forms, which are enclosed. I've also included a copy of my driver's license and passport as well as old copies of my father's driver's license, an insurance card and a railroad retirement insurance card. Also, included are certified Letters of Administration and Death Certificate.

My address on the death certificate is listed as 1012 Shore Drive, West River, Maryland, 20778. I have, however, since moved to Florida and the address on all the documents is 9883 SE Osprey Pointe Dr., Hobe Sound, FL 33455. I just wanted to make you aware of that discrepancy.

If the forms are incomplete or if any additional information is needed, please do not hesitate to call me. 772-546-7708 (hm) or 202-302-7050 (cell).

I appreciate your handling of this matter.

Regards,

*Matthew D. Herath* (signature)
Matthew D. Herath